| | |
|---|---|
| 1 | DANIEL J. BRODERICK, Bar #89424<br>Federal Defender |
| 2 | COURTNEY FEIN, Bar #244785<br>Designated Counsel for Service |
| 3 | 801 I Street, 3rd Floor<br>Sacramento, California  95814 |
| 4 | (916) 498-5700 |
| 5 | Attorney for Defendant<br>BERNADINO MAGAÑA-SANDOVAL |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. CR.S-11-306-LKK |
|---|---|---|
| Plaintiff, | ) ) ) | **STIPULATION AND ORDER; CONTINUING STATUS CONFERENCE AND EXCLUDING TIME** |
| v. | ) ) | |
| BERNADINO MAGAÑA-SANDOVAL, | ) ) | Date: September 7, 2011<br>Time: 9:15 a.m. |
| Defendant. | ) | Judge: Hon. Lawrence K. Karlton |
| _____ | ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MICHELE BECKWITH, Assistant United States Attorney, attorney for Plaintiff, and COURTNEY FEIN, attorney for BERNADINO MAGAÑA-SANDOVAL, that the status conference hearing date of September 7, 2011 be vacated, and the matter be set for status conference on October 4, 2011 at 9:15 a.m.

The reason for this continuance is defense counsel needs additional time to review the pre-sentence report, conduct further investigation regarding his priors, and re-review the report with the defendant based on the investigation's results.

Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including October 4,

///

///

///

2011 pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local Code T4 based

upon continuity of counsel and defense preparation.

DATED: September 1, 2011.

Respectfully submitted,

DANIEL J. BRODERICK
Federal Public Defender

/s/ Courtney Fein
COURTNEY FEIN
Assistant Federal Defender
Designated Counsel for Service
Attorney for ABEL RAMIREZ-ESPINOSA

DATED: September 1, 2011.

BENJAMIN WAGNER
United States Attorney

/s/ Michele Beckwith
MICHELE BECKWITH
Assistant U.S. Attorney
Attorney for Plaintiff

ORDER

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the September 7, 2011, status conference hearing be continued to October 4, 2011, at 9:15 a.m. Based on the representation of defense counsel and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. It is ordered that time up to and including the October 4, 2011 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

Dated: September 1, 2011

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT